**ORDERED in the Southern District of Florida on November 13, 2015.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE: CASE NO. 14-12494-BKC-AJC
ORLANDO A. NIGHTENGALE,
DEBTOR(S).
_____________________________/

**ORDER DENYING DEBTOR'S MOTION TO MODIFY PLAN (ECF #67)**

THIS CASE came on to be heard on October 20, 2015, for the Debtor's Motion to Modify Plan, and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion (ECF #67) is denied without prejudice as a new modified plan was not filed within the seven day deadline.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

RICARDO CORONA, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.